**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Ashley N Johnson**                                              CASE NO   **18-42765-RFN**

                                                                          CHAPTER   **13**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/9/2018                                    Signature  /s/ Ashley N Johnson
                                                             *Ashley N Johnson*

Date _____                             Signature _____

| | | |
|---|---|---|
| Attorney General of Texas<br>Collections Div Bankruptcy Sec<br>PO Box 12548<br>Austin, TX 78711-2548 | ERC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | Santander Bankruptcy Notificati<br>PO Box 560284<br>Dallas, TX 75356 |
| BBVA Compass<br>P.O. Box 2210<br>Decatur, AL 35699 | First Progress Card<br>P.O. Box 84010<br>Columbus, GA 31908 | Security Finance Corporation<br>PO Box 3146<br>Spartanburg, SC 29304 |
| Capital One Auto<br>P.O. Box 260848<br>Plano, TX 75026 | Internal Revenue Service<br>Department of the Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7 | Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566 |
| Cash Max<br>5732 Camp Bowie Blvd<br>Fort Worth, TX 76116 | Linebarger Goggan Blair & Samps<br>2323 Bryan Ste 1600<br>Dallas, Texas 75201 | STATE COMPTROLLER OF PUBLIC ACC<br>REVENUE ACCOUNTING DIVISION<br>P.O. BOX 13528<br>AUSTIN, TEXAS 78711 |
| Comenitycap/Zalesout<br>PO Box 182120<br>Columbus, OH 43218 | LVNV Funding<br>Po Box 1269<br>Greenville, SC 29602 | Tama Luedke<br>1615 Jaybird Lane<br>Springtown, TX 76082 |
| Commonwealth Finance<br>245 Main St<br>Scranton, PA 18519 | Maria Lopez<br>8795 Old Springtown Rd<br>Springtown, TX 76082 | Texas Alcoholic Beverage Comm<br>Licences and Permits Division<br>P.O. Box 13127<br>Austin, TX 78711-3127 |
| Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193 | Michael Wesley Johnson, Jr<br>1098 South Hwy 2037<br>Fort Stockton, TX 79735 | Texas car Title and Payday loan<br>2607 Jacksboro Hwy<br>Fort Worth, TX 76135 |
| Credit Service Company<br>P.O. Box 1120<br>Colorado Springs, CO 80901 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108 | TEXAS EMPLOYMENT COMMISSION<br>TEC BUILDING-BANKRUPTCY<br>101 E. 15TH STREET<br>AUSTIN, TX 78778 |
| Debt Recovery Solutions<br>6800 Jerico Turnpike #113<br>Syosset, NY 11791 | Paramount Recovery Sys<br>105 Deanna ST<br>Waco, TX 76706 | United States Attorney - NORTH<br>3rd Floor, 1100 Commerce St.<br>Dallas, TX 75242 |
| Enhanced Recovery Company, LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | Pinnacle Bank<br>PO Box 676<br>Keene, TX 76059 | United States Attorney General<br>Main Justice Building, Rm. 5111<br>10th & Constitution Ave<br>NW Washington D.C. 20530 |

Case 18-42765-rfn13 Doc 16 Filed 08/09/18 Entered 08/09/18 16:53:17 Page 3 of 3
Debtor(s): Ashley N Johnson  Case No: 18-42765-RFN  NORTHERN DISTRICT OF TEXAS
Chapter: 13  FORT WORTH DIVISION

```
Wakefield & Associates
3091 S Jamaica Ct Ste 200
Aurora, CO 80014


Wells Fargo
P.O. Box 29707
Phoenix, AZ 85038-9707
```