

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 24, 2018**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case Number: 18-42765-RFN |
| ASHLEY N JOHNSON | § § | Chapter 13 |
| DEBTOR | § § § | JUDGE RUSSELL F NELMS |

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER 2017-01
(NOI-FIRST $)**

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtor **failed to timely pay the Trustee the first Payment specified in Debtor's Plan within 30 days after the Petition Date,** and 7 business days written notice of such failure was given to Debtor and the Attorney for Debtor, if any, prior to submission hereof:

**IT IS THEREFORE ORDERED** that this case is hereby **DISMISSED** without prejudice pursuant to General Order 2017-01 paragraph 3c **PROVIDED** that if, within 14 days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by 11 U.S.C. 1326(a)(2), and file the Trustee's Final Report; and

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

APPROVED:

/s/ Tim Truman
_____
Tim Truman, Trustee/State Bar # 20258000