FILED
SEP 04 2018
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                              CASE NO: 18-42765-RFN
ASHLEY N. JOHNSON, xxx-xx-3446
1615 JAYBIRD LANE
SPRINGTOWN, TX 76082                                Chapter 13
         Debtor

### RESPONDENT MICHAEL WESLEY JOHNSON, JR'S WRITTEN OBJECTIONS TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

TO THE HONORABLE JUDGE OF SAID PROCEEDINGS:

Comes Now, MICHAEL WESLEY JOHNSON, JR ("hereinafter referred as "Michael Johnson"") proceeding pro se in the above entitled cause of action and files this his Written Objections to Confirmation of Debtor's Chapter 13 Plan, and herein oppose such actions for the following reasons:

### I.
### Introduction to the Parties at Issue

1. This is a Bankruptcy proceeding in the matter of Debtor Ashley N. Johnson filed on or about August 9, 2018 seeking to extinguish her current under Chapter 13 Bankruptcy proceedings.

1.

2. Currently, Michael Wesley Johnson, Jr and Ashley N. Johnson is legally married, therefore all assets are joined between the parties.

3. Respondent Michael Johnson has until September 7, 2018 to file his Written Objections to Confirmation of Debtor's Chapter 13 Plan filed by Ashley N. Johnson.

4. On September 14, 2018, at 10:00 A.M. this matter is set for a Trustee's Pre-Hearing Conference regarding Confirmation.

## II
## Reasons For Objections

1. Due to Respondent Michael Johnson being legally married to Debtor Ashley N. Johnson, the resolution of this matter authorizing a Chapter 13 Bankruptcy on behalf of Debtor may entertain an adverse legal effect on Respondent Michael Johnson's holdings, assets and/or credit, and as such, Respondent Michael Johnson objects to the herein proceedings.

2. Respondent Michael Johnson have discussed on a number of occassions his non-approval of potential Bankruptcy proceedings with Debtor Ashley N. Johnson while the parties are legally married. Respondent duly opposes these proceedings thus said proceedings must be delayed until a final divorce decree is entered, and all personal assets are dissolved between the parties in a final resolution by a final divorce decree. Debtor Ashley N. Johnson has made it known to Respondent Michael Johnson that she has filed a petition for divorce, however Respondent has not received a copy of said petition, and until the divorce is final, the Respondent Michael Johnson duly objects to any and all proceedings that will adversely affect him due to the entitlement of marriage.

3. Previously, Respondent Michael Johnson provided Debtor, Ashley N. Johnson with a Power of Attorney to act as agent on his behalf, however on May 10, 2018 Respondent herein sought and obtained a formal Revocation of Power of Attorney and provided Debtor Johnson with a copy, thereby notifying her of such instrument, and further instructing her that she is no longer authorized to act as agent on his behalf or utilize his personal identifications such as: social security number in conjunction with personal identification cards or other personal information in any manner to obtain credit, purchases or property in any manner. As such, Respondent objects to this Bankruptcy proceedings to which Debtor, Ashley N. Johnson may have continued to utilize his personal identification(s) which may leave him insolvent thus allowing creditors to attach liens to current holdings of Respondent Michael Johnson. See Exhibit A hereto attached.

4. Although not relevant to objections or this proceeding, it is noteworthy to set out that Respondent Michael Johnson is currently incarcerated at the Texas Department of Corrections, the James Lynaugh Unit at 1098 S. Hwy 2037, Fort Stockton, TX. 79735. Moreover, Respondent Michael Johnson's mother Deborah Stewart has now being appointed acting agent on behalf of Respondent by providing her with a Power of Attorney. If necessary, for immediate contact, all legal affairs or otherwise can be discussed with her by calling 817-713-3870.

5. Due to Respondent Michael Johnson's incarceration he is unable to hire legal counsel to fully apprise him of his rights and consequencies of Bankruptcy proceedings, and stands at a disadvantage, and for such Respondent further objects accordingly.

WHEREFORE PREMISES CONSIDERED, Michael Wesley Johnson, Jr., respectfully pray that this honorable court grant his written objections and futher abate or set aside this matter of Ashley N. Johnson's Bankruptcy proceedings until the parties divorce is final, or alternatively set out a written plan in accord to Respondent's objections to be forwarded to him for approval to which does not adversely affect the estate or property of the Respondent.

Respectfully submitted,

*[signature]*

Michael Wesley Johnson, Jr.
TDC# 2045104
1098 S. Hwy 2037
Fort Stockton, TX. 79735

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                        CASE NO: 18-42765-RFN
ASHLEY N. JOHNSON, XXX-XX-3476
1615 JAYBIRD LANE
SPRINGTOWN, TX 76082                          CHAPTER 13
        Debtor

## CERTIFICATE OF SERVICE

I, Michael Wesley Johnson, Jr hereby certify that a true and correct copy of the foregoing instrument was sent by U.S. mail on this 29 day of August, 2018 by U.S. mail to Tim Truman, Chapter 13 trustee, 6851 N.E. Loop 820, Suite 300, North Richland Hills, TX 76180-6608.

Respectfully submitted,

/s/ MW Johnson

Michael W. Johnson Jr.
TDC # 2045104
Lynaugh Unit
1098 Hwy 2037
Fort Stockton, TX 79735-0000

5.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH

IN RE:                         CASE NO: 18-42765-RFN
ASHLEY N. JOHNSON, XXX-XX-3446
1615 JAYBIRD LANE
SPRINGTOWN, TX. 76082        CHAPTER 13
    Debtor

ORDER

Came to be heard on this the ____ day of _____, 2018 the Respondent Michael Wesley Johnson's Jr's Written Objections To Confirmation of Debtors Chapter 13 Plan, and after hearing the same, Said Objections is hereby ____ [Granted]

                                          HONORABLE PRESIDING JUDGE

EXHIBIT A

REVOCATION OF POWER OF ATTORNEY

# Revocation of Power of Attorney

I, __Michael W. Johnson__,
address: __1098 S. HWY 2037__
__Fort Stockton, TX 79735__
revoke the power of attorney dated __April 27th__, 20__16__,
which was granted to __Ashley Nicole Johnson__,
address: __1615 Jaybird Ln.__
__Springtown, TX 76082__
to act as my attorney-in-fact.

Dated __May 10th__, 20__18__

_____
Signature of Person Revoking Power of Attorney

__Michael W. Johnson__
Printed Name of Person Revoking Power of Attorney

State of __Texas__
County of __Pecos__

On __May 10th__, 20__18__, __Johnson, Michael Wesley__ personally came before me and, being duly sworn, did state that he or she is the person described in the above document and that he or she signed the above document in my presence.

_____
Signature of Notary Public

Notary Public, In and for the County of __Pecos__
State of __Texas__

My commission expires: __3/21/2020__

SAMUEL G RAMIREZ
Notary Public State of Texas
My Commission Expires
03/21/2020
Notary ID# 12641440-5

Notary Without Bond

August 29, 2018

Michael Wesley Johnson, Jr.
TDC #
Lynaugh Unit
1098 Hwy 2037
Fort Stockton, TX. 79735-0000

Bankruptcy Clerk
Bankruptcy Court
501 W. Tenth St.
Fort Worth, TX. 76102-3643

IN RE: Case No.: 18-42765-RFN
Styled: IN RE: ASHLEY N. JOHNSON

Dear Bankruptcy Clerk:

Enclosed you will find the Original of my Objections To Confirmation of Debtor's Chapter 13 Plan. Please bring my Objections to the proper court that has jurisdiction over this matter in the above entitled cause of action.

Thank you for your assistance in this matter.

Michael W. Johnson, Jr.